**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DOUGLAS MOYER,**<br><br>**Defendant.** | **Case No. 26-05049-01-CR-SW-MBB** |

**MOTION FOR DETENTION**

Comes now the United States of America, by and through R. Matthew Price, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and hereby moves this Court to order the detention of the defendant, **Douglas Moyer**, and states the following in support of the motion:

1. An indictment has been filed charging the defendant with making a false statement in the acquisition of a firearm, receipt of firearms while under indictment and possession of an unregistered firearm.
2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

   "(E) any felony that is not otherwise a crime of violence that involves… the possession or use of a firearm… ."
3. On January 26, 2026, members of the Bureau of Alcohol, Tobacco, and Firearms, were advised that the defendant attempted to purchase a firearm on January 23, 2026. The

transaction was declined because the defendant had been charged with child molestation in the first degree in the Circuit Court of Vernon County, Missouri, on March 5, 2025.

4. Further investigation revealed that the defendant had purchased 36 firearms in 15 separate sales between April 3, 2025, and December 29, 2025. In each transaction, the defendant falsely claimed that he was not "under indictment or information in any court for a felony…" on the ATF Form 4473 questionnaire.
5. On March 5, 2026, a federal search warrant was executed at the defendant's residence. During the search, 34 firearms and eight silencers were recovered from the home.
6. The evidence against the defendant is overwhelming.

Wherefore, based upon the foregoing, the United States submits that there is clear and convincing evidence that there are no conditions which the Court could place upon the defendant that would reasonably assure the defendant's appearance in Court and the safety of the community. The Government therefore requests that a detention hearing be held and that the defendant be detained pending trial of this matter.

Respectfully submitted,

R. Matthew Price
United States Attorney

By: /s/ James J. Kelleher
James J. Kelleher
Assistant United States Attorney
Missouri Bar No. 51921

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 11, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney